AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Raymond Chestnut,<br>*Plaintiff*<br>v.<br>Officer Hollywood *Corrections Officer*,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>) | Civil Action No.     1:22-cv-00467-RBH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Raymond Chestnut, shall take nothing of the defendant, Officer Hollywood *Corrections Officer* and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Chief Judge R Bryan Harwell, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:   November 4, 2022                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/L. Baker
                                                                      _____
                                                                      *Signature of Clerk or Deputy Clerk*